IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID MOLESKI,**

    **Petitioner,**

**v.**                                        **Case No. 3:16cv207-LC/CAS**

**UNITED STATES,**

    **Respondent.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's report and recommendation dated June 27, 2016, ECF No. 8.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of the portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus filed pursuant to Title 28 U.S.C. § 2241 (ECF No. 6) is **DENIED**. Petitioner's pending motions (ECF Nos. 5 and 7) are also **DENIED**.

DONE AND ORDERED this 14th day of July, 2016.

                                     s/*L.A. Collier*
                                     LACEY A. COLLIER
                                     Senior United States District Judge